UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CR-184-BR-6

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> JOHN BOYNTON SIDBURY | ORDER |

This matter is before the court on defendant's motion to seal DE # 109. For good cause shown, the motion is ALLOWED.

This 6 November 2015.

_____
W. Earl Britt
Senior U.S. District Judge