UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CR-184-FL-6

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| JOHN BOYNTON SIDBURY | |

Upon motion of the Defendant, it is hereby ORDERED that Docket Entry Number 323 be sealed until such time as it is requested to be unsealed by the Defendant.

SO ORDERED, This 30th day of May, 2017.

_____
LOUISE W. FLANAGAN
United States District Judge